CARLEEN R. ARLIDGE    SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-18-0151 YGR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] TRAVEL ORDER |
| DINESH SHANKAR, | ) | |
| Defendant. | ) | |

Upon application of defendant Dinesh Shankar, by and through counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that the defendant may leave the Northern District of California on November 22, 2018 and travel to the District of Columbia for the purpose stated in the Application. The defendant is to return to the Northern District of California no later than November 28, 2018.

IT IS FURTHER ORDERED that at least one week prior to the travel the defendant shall provide the assigned Pretrial Services Officer with copies of the documents regarding the trip itinerary, including transportation and lodging, and any other information as may be requested. This travel will be permitted at the discretion of Pretrial Services.

Dated: November 9, 2018

YVONNE GONZALEZ ROGERS
United States District Judge

cc: Pretrial Services