ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Lloyd.Farnham@usdoj.gov
    Gregg.Lowder@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DINESH SHANKAR,<br><br>    Defendant. | CASE NO. CR 18-00151 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAYMENT OF CRIMINAL RESTITUTION INTO COURT REGISTRY BEFORE SENTENCING AND JUDGMENT** |

The United States and the defendant Dinesh Shankar, through their counsel, stipulate to and agree to the following:

1. On November 1, 2018, the defendant appeared before this Court and entered a guilty plea pursuant to a plea agreement to one count of mail fraud, in violation 18 U.S.C. § 1341. In his plea agreement, the defendant agreed to pay full restitution for all losses to the victim and agreed that the appropriate restitution amount is $2,576,384, plus any reasonable expenses incurred by the victim. Sentencing is currently set for February 7, 2019.

2. Prior to the entry of a guilty plea, certain proceeds of the fraud had been seized by the government, and the defendant had voluntarily paid to the U.S. Marshal's Service additional funds intended to be credited toward restitution, a total of $1,319,345.51. By a stipulated order dated

STIPULATION RE RESTITUTION PAYMENTS     1
CR 18-00151 YGR

December 10, 2018, the Court ordered those funds held by the USMS, and any interest accrued thereon, paid directly to the victim and credited as restitution.

3. Defendant Shankar now intends to make additional payments to be credited toward restitution, and has agreed to deposit these funds with the Clerk of the United States District Court in advance of sentencing. Those funds would be later paid out to the victim and credited toward restitution as may be ordered by the Court. The parties therefore jointly request that the Court approve this stipulation and issue an Order authorizing the Clerk to accept defendant's restitution payments.

**SO STIPULATED BY THE PARTIES.**

Dated: December 19, 2018

ALEX G. TSE
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

Dated: December 19, 2018

/s/
CARLEEN R. ARLIDGE
Attorney for the Defendant Dinesh Shankar

### [~~PROPOSED~~] ORDER

The Court, having considered the Stipulation Re Payment of Criminal Restitution, which addresses restitution as agreed and described in the plea agreement entered in this case, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California shall accept from the defendant or his counsel checks, cashier's checks, or money orders made payable to "Clerk, United States District Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, for crediting towards the defendant's restitution obligation and pending further order of this Court.

**IT IS SO ORDERED.**

Dated: December 21, 2018

HON. YVONNE GONZALEZ ROGERS
United States District Judge